UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEWAYNE THOMPSON,<br><br>              Plaintiff,<br><br>       v.<br><br>J. DEPOND,<br><br>              Defendant. | Case No.: 1:13-cv-00527-BAM PC<br><br>ORDER REQUIRING PLAINTIFF TO FILE APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN FORTY-FIVE DAYS<br><br>(ECF No. 2) |

Plaintiff DeWayne Thompson ("Plaintiff"), a prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on April 12, 2013.  Plaintiff also filed a motion seeking leave to proceed in forma pauperis.  (ECF No. 2.)  However, the form application he submitted lacks the requisite authorization for the deduction of the filing fee from Plaintiff's trust account as funds are available.  28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

1. Within forty-five (45) days from the date of service of this order, Plaintiff shall file the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $350.00 filing fee for this action;

2. No extension of time will be granted without a showing of good cause; and

1

3. **The failure to comply with this order will result in dismissal of this action, without prejudice.**

IT IS SO ORDERED.

Dated:   **April 29, 2013**              /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE

2